AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>Brayan Yael Garcia-Vazquez<br><br>*Defendant(s)* | )<br>)<br>) Case No.  1:24-mj-00078<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 5, 2023__ in the county of __Cumberland__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2251(a) | Production of Child Pornography |

This criminal complaint is based on these facts:
I, Eli Bupp, being duly sworn, do hereby depose and state as follows:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eli Bupp, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: SEPTEMBER 26, 2024

_____
*Judge's signature*

City and state: Harrisburg, Pennsylvania

Daryl F. Bloom, Chief U.S. Magistrate Judge
*Printed name and title*