UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :  No. 1:24-CR-283
:
v. :  (Judge MANNION)
:
BRAYAN YAEL GARCIA-VAZQUEZ, :
    Defendant :

**FILED**
HARRISBURG, PA
OCT 16 2024
PER _____IBR_____
DEPUTY CLERK

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. § 2251(a)
(Production of Child Pornography)

On or about April 5, 2023, in Cumberland County, in the Middle District of Pennsylvania, the defendant,

**BRAYAN YAEL GARCIA-VAZQUEZ,**

did employ, use, persuade, induce, and entice a minor, a 12-year-old Minor Victim, to engage in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)(A)) for the purpose of producing a visual depiction of such conduct, and that such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and

(e).

THE GRAND JURY FURTHER FINDS:

## FORFEITURE ALLEGATION

1.  The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2.  Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2251, the defendant,

**BRAYAN YAEL GARCIA-VAZQUEZ,**

    a.  Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b.  Any property, real or personal, constituting or traceable

2

    to gross profits or other proceeds obtained from the offenses; and

  c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

 All pursuant to Title 18, United States Code, Section 2253(b).

|  |  |
|---|---|
|  | A TRUE BILL |
| GERARD M. KARAM<br>UNITED STATES ATTORNEY | ███████████<br>FOREPERSON |
| /s/ Michael Scalera<br>MICHAEL SCALERA<br>ASSISTANT U.S. ATTORNEY | 10/16/2024<br>Date |

4